# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN A. GREGG, JR. & CHERYL A. GREGG  
223 BELTEBERG, APT 6  
LOVES PARK, IL  61111  

SSN-xxx-xx-9821 & xxx-xx-1743

Case Number: 05-73050

Case filed on: 6/16/2005  
Plan Confirmed on: 10/14/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,839.30        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 218 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | JOHN A. GREGG, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | RICE AUTO SALES | 3,357.93 | 3,357.93 | 3,357.93 | 233.96 |
|  | Total Secured | 3,357.93 | 3,357.93 | 3,357.93 | 233.96 |
| 001 | RICE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ABC CASH N GO | 775.00 | 155.00 | 108.46 | 0.00 |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFFILIATED SURGEONS OF ROCKFORD | 455.00 | 91.00 | 63.68 | 0.00 |
| 005 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 8,024.14 | 1,604.83 | 1,123.05 | 0.00 |
| 010 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 726.02 | 145.20 | 101.61 | 0.00 |
| 011 | NICOR GAS | 1,466.96 | 293.39 | 205.32 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 3,492.50 | 698.50 | 488.80 | 0.00 |
| 013 | ALLIED BUSINESS ACCOUNTS INC | 2,793.65 | 558.73 | 391.00 | 0.00 |
| 014 | SECURITY FINANCE | 455.00 | 91.00 | 63.68 | 0.00 |
| 015 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE, INC | 889.00 | 177.80 | 124.42 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 391.58 | 78.32 | 54.80 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICE, INC | 8,338.66 | 1,667.73 | 1,167.07 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 225.56 | 45.11 | 31.57 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 1,266.30 | 253.26 | 177.23 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 14,442.78 | 2,888.56 | 2,021.39 | 0.00 |
|  | Total Unsecured | 43,742.15 | 8,748.43 | 6,122.08 | 0.00 |
|  | Grand Total: | 48,464.08 | 13,470.36 | 10,844.01 | 233.96 |

Total Paid Claimant:      $11,077.97  
Trustee Allowance:        $761.33  
Percent Paid Unsecured:   69.98

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008        By  /s/Heather M. Fagan